NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ODELL WEBB, JR.,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>DERRAL G. ADAMS, Warden,<br><br>　　　　Respondent. | No. C 11-00691 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

On February 15, 2011, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same day, the clerk of the Court sent a notification to Petitioner that his application was deficient because Petitioner failed to attach the following: 1) Certificate of Funds in Prisoner's Account completed and signed by an authorized officer of the institution; and 2) Petitioner's prisoner trust account statement showing transactions for the last six months. The notification included the warning that the case would be dismissed if Petitioner failed to respond within thirty days.

On April 11, 2011, Petitioner filed a letter with the Court requesting another set of forms to resubmit to the trust office which did not return his previous forms. (Docket No.

1  5.) The request is granted. Furthermore, in the interest of justice, the Court will extend
2  the time for Petitioner to file the necessary documents to complete his In Forma Pauperis
3  Application. Petitioner must do so **no later than thirty (30) days** from the date this
4  order is filed**.**

5  **Failure to comply with the Court's order in a timely manner will result in the**
6  **dismissal of the case without prejudice for failure to pay the filing fee.**

7  The clerk shall include two blank copies of the court's In Forma Pauperis
8  Application with a copy of this order to Petitioner.

9  IT IS SO ORDERED.

10  DATED: __4/25/11_____

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OSCAR ODELL WEBB JR,

        Petitioner,

v.

DERRAL G. ADAMS, Warden,

        Respondent.

Case Number: CV11-00691 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/2/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Odell Webb G-11571  
Pelican Bay State Prison  
P.O. Box 7500  
A7-119  
Crescent City, CA 95531

Dated: 5/2/11

                                                Richard W. Wieking, Clerk