NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ODELL WEBB, JR., | No. C 11-00691 JF (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

On February 15, 2011, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On that same day, the Clerk of the Court sent a notification to Petitioner that his application was deficient because Petitioner failed to attach the following: 1) Certificate of Funds in Prisoner's Account completed and signed by an authorized officer of the institution; and 2) Petitioner's prisoner trust account statement showing transactions for the last six months.  The notification included the warning that the case would be dismissed if Petitioner failed to respond within thirty days.  On May 2, 2011, the Court granted an extension of thirty days for Petitioner to file the necessary documents to complete his In Forma Pauperis Application, such that the documents were due no later than June 1, 2011.  (Docket No. 6.)

The deadline has since passed, and Petitioner has failed to file the missing

1  documents to complete his <u>In</u> <u>Forma</u> <u>Pauperis</u> Application or pay the filing fee.
2      Accordingly, this case is DISMISSED without prejudice for failure to pay the
3  filing fee. The Clerk shall terminate any pending motions and close the file.
4      IT IS SO ORDERED.
5  Dated: 6/13/11

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.11\00691Webb_dism-ifp.wpd            2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OSCAR ODELL WEBB, JR.,

        Petitioner,

v.

D. G. ADAMS, Warden,

        Respondent.

Case Number: CV11-00691 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/7/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Odell Webb G-11571
Pelican Bay State Prison
P.O. Box 7500
A7-119
Crescent City, CA 95531

Dated: 7/7/11

                                                Richard W. Wieking, Clerk