NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ODELL WEBB, JR., <br><br> Petitioner, <br><br> vs. <br><br> DERRAL G. ADAMS, Warden, <br><br> Respondent. | No. C 11-00691 JF (PR) <br><br> ORDER DENYING REQUEST FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* <br><br><br><br><br> (Docket No. 9) |

On July 7, 2011, the Court dismissed this petition for a writ of habeas corpus without prejudice for Petitioner's failure to pay the filing fee or file a completed in forma pauperis application, and entered judgment on the same day. (Docket Nos. 9 & 10.)

On October 20, 2011, Petitioner filed a request for leave to proceed in forma pauperis. (Docket No. 9.) It has been over three months since the Court closed this action, and Petitioner sets forth no good cause for the delay. Accordingly, the motion is DENIED as untimely.

This order terminates Docket No. 9.

IT IS SO ORDERED.

Dated: _____                    _____
                                          JEREMY FOGEL
                                          United States District Judge

Order Denying IFP
00691Webb_deny-ifp.wpd                    1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OSCAR ODELL WEBB, JR.,

        Petitioner,

v.

DERRAL G. ADAMS, Warden,

        Respondent.

Case Number: CV11-00691 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Odell Webb G-11571
Pelican Bay State Prison
P.O. Box 7500
A7-119
Crescent City, CA 95531

Dated: _____

                              Richard W. Wieking, Clerk